Gordon R. ENGLAND, Secretary
of the Navy, Appellant,

v.

SENTARA HEALTH SYSTEM,
Appellee.

No. 01–1273.

United States Court of Appeals,
Federal Circuit.

Aug. 15, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

BIOTEC BIOLOGISCHE NATURVER-
PACKUNGEN GmbH & CO. KG,
Plaintiff–Cross Appellant,

v.

BIOCORP, INC. and NOVAMONT,
S.p.A., Defendants–Appellants.

No. 99–1578, 00–1093, 00–1094.

United States Court of Appeals,
Federal Circuit.

Aug. 15, 2001.

Before MAYER, Chief Judge,
NEWMAN, and SCHALL, Circuit Judges.

ON MOTION

ORDER

The parties file a joint stipulation to
dismiss all appeals in this matter pursuant
to Fed. R.App. P. 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

1) The motion is granted. The appeals
are dismissed with prejudice.

2) Each side shall bear its own costs.